# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

In re: COOK, ANNE MARGARET § Case No. 12-40434
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 18, 2012. The undersigned trustee was appointed on June 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         1,898.76

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]         $         1,868.76

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/10/2013 and the deadline for filing governmental claims was 05/10/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $474.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $474.69, for a total compensation of $474.69.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.00, for total expenses of $3.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2013          By: /s/Lee Ann Pierce, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-40434
**Case Name:** COOK, ANNE MARGARET

**Trustee:** (610070) Lee Ann Pierce, Trustee
**Filed (f) or Converted (c):** 06/18/12 (f)
**§341(a) Meeting Date:** 07/20/12

**Period Ending:** 05/13/13

**Claims Bar Date:** 05/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD COMMONLY DESCRIBED AS:, TO FIRST MORTG | 120,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 5.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 30.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,847.00 | 0.00 | | 0.00 | FA |
| 5 | DEBTOR'S CLOTHING & JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6 | WEDDING RING | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | EARNED WAGES<br>    Per wage stmts | 522.60 | 0.00 | | 0.00 | FA |
| 8 | 2000 FORD MUSTANG | 1,300.00 | 0.00 | | 0.00 | FA |
| 9 | 2003 CADILLAC ESCALADE | 10,250.00 | 0.00 | | 0.00 | FA |
| 10 | ACCRUED VACATION | 824.05 | 0.00 | | 0.00 | FA |
| 11 | 2012 FEDERAL TAX REFUND<br>    Refund $7255.64, 170/366 = $3370.11.  Exempted $1471.35.  Owes $1898.76. | 3,370.11 | 1,898.76 | | 1,898.76 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$139,848.76** | **$1,898.76** | | **$1,898.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 31, 2013    **Current Projected Date Of Final Report (TFR):**   May 13, 2013  (Actual)

Printed: 05/13/2013 12:59 PM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-40434  
**Case Name:** COOK, ANNE MARGARET  

**Taxpayer ID #:** **-***4281  
**Period Ending:** 05/13/13  

**Trustee:** Lee Ann Pierce, Trustee (610070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****362866 - Checking Account  
**Blanket Bond:** $19,324,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/13 | {11} | Home Federal Bank | 2012 tax refund. jh. | 1124-000 | 1,898.76 | | 1,898.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,888.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,878.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,868.76 |
| | | | **ACCOUNT TOTALS** | | 1,898.76 | 30.00 | $1,868.76 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,898.76 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,898.76** | **$30.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****362866** | 1,898.76 | 30.00 | 1,868.76 |
| | $1,898.76 | $30.00 | $1,868.76 |

{} Asset reference(s)

Printed: 05/13/2013 12:59 PM    V.13.13

Printed: 05/13/13 01:00 PM      **Claims Distribution Register**     Page: 1

**Case: 12-40434   COOK, ANNE MARGARET**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 06/18/12 | 100 | CorTrust Bank<br>300 Cherapa Place, Suite 101<br>Sioux Falls, SD 57103<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>First Mortgage in Homestead<br>VALUE $ 120,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/12 | 100 | Sioux Falls Federal Credit Union<br>P.O. Box 5735<br>Sioux Falls, SD 57117<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>Lien in a 2003 Cadillac Escalade<br>VALUE $ 10,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/12 | 100 | Zales<br>P.O. Box 6403<br>Sioux Falls, SD 57117<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>Lien in wedding ring<br>VALUE $ 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Admin Ch. 7 Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 06/18/12 | 200 | Lee Ann Pierce, Trustee<br>P.O. Box 524<br>Brookings, SD 57006<br>&lt;2200-00   Trustee Expenses&gt; | 3.00 | 3.00 | 0.00 | 3.00 | 3.00 |
| | 06/18/12 | 200 | Lee Ann Pierce, Trustee<br>P.O. Box 524<br>Brookings, SD 57006<br>&lt;2100-00   Trustee Compensation&gt; | 474.69 | 474.69 | 0.00 | 474.69 | 474.69 |
| | | | **Total for Priority 200:   100% Paid** | **$477.69** | **$477.69** | **$0.00** | **$477.69** | **$477.69** |
| | | | **Total for Admin Ch. 7 Claims:** | **$477.69** | **$477.69** | **$0.00** | **$477.69** | **$477.69** |

Printed: 05/13/13 01:00 PM  **Claims Distribution Register**  Page: 2

**Case: 12-40434   COOK, ANNE MARGARET**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| 1 | 02/13/13 | 610 | PYOD, LLC its successors and assigns<br>as assignee of Citibank, N.A.<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)><br>as assignee of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------<br>History: Details1-102/13/2013Claim #1 filed by PYOD, LLC its successors and assigns, Amount claimed: $4817.97 (Gaines, Susan ) | 4,817.97 | 4,817.97 | 0.00 | 4,817.97 | 359.79 |
| 2 | 04/19/13 | 610 | eCAST Settlement Corp,Assignee of<br>Capital One, N.A<br>PO Box 7247-6971<br>Philadelphia, PA 19170-6971<br><7100-00   General Unsecured § 726(a)(2)><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>--------------------------------------------------------------------------<br>History: Details2-104/19/2013Claim #2 filed by eCAST Settlement Corp,Assignee of Capital One, N.A, Amount claimed: $4132.48 (Meza, Kira ) | 4,132.48 | 4,132.48 | 0.00 | 4,132.48 | 308.60 |
| 3 | 05/09/13 | 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)><br>POB 41067<br>Norfolk, VA 23541<br>--------------------------------------------------------------------------<br>History: Details3-105/09/2013Claim #3 filed by Portfolio Recovery Associates, LLC, Amount claimed: $9677.57 (Wright, Gretchen ) | 9,677.57 | 9,677.57 | 0.00 | 9,677.57 | 722.68 |
| NOTFILED | 06/18/12 | 610 | Best Buy Co., Inc. Bankruptcy Dept.<br>P.O. Box 5263<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Credit card purchases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 05/13/13 01:00 PM          **Claims Distribution Register**          Page: 3

**Case: 12-40434   COOK, ANNE MARGARET**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 06/18/12 | 610 | North American Title Loan<br>1212 E. 10th St.<br>Sioux Falls, SD 57103<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Deficiency after repossession of a 1998 Chevrolet Venture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/12 | 610 | Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines, IA 50306<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Credit card purchases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/12 | 610 | Sioux Falls Federal Credit Union<br>P.O. Box 5735<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>Lien in a 2003 Cadillac Escalade<br>VALUE $ 10,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/12 | 610 | Zales<br>P.O. Box 6403<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>Lien in wedding ring<br>VALUE $ 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   7.46762% Paid** | **$18,628.02** | **$18,628.02** | **$0.00** | **$18,628.02** | **$1,391.07** |
| | | | **Total for Unsecured Claims:** | **$18,628.02** | **$18,628.02** | **$0.00** | **$18,628.02** | **$1,391.07** |
| | | | **Total for Case :** | **$19,105.71** | **$19,105.71** | **$0.00** | **$19,105.71** | **$1,868.76** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-40434
Case Name: COOK, ANNE MARGARET
Trustee Name: Lee Ann Pierce, Trustee

**Balance on hand:** $ 1,868.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,868.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lee Ann Pierce, Trustee | 474.69 | 0.00 | 474.69 |
| Trustee, Expenses - Lee Ann Pierce, Trustee | 3.00 | 0.00 | 3.00 |

Total to be paid for chapter 7 administration expenses: $ 477.69
Remaining balance: $ 1,391.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,391.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,391.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 18,628.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns | 4,817.97 | 0.00 | 359.79 |
| 2 | eCAST Settlement Corp, Assignee of Capital One, N.A | 4,132.48 | 0.00 | 308.60 |
| 3 | Portfolio Recovery Associates, LLC | 9,677.57 | 0.00 | 722.68 |

Total to be paid for timely general unsecured claims: $ 1,391.07
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**